**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RONALD ASH,                          )   NO. CV 09-5491-SJO(E)
                                     )
      Petitioner,              )
                                     )
   v.                           )               JUDGMENT
                                     )
JOHN MARSHALL, Warden,               )
                                     )
      Respondent.             )
                                     )
_____ )


    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,


    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.


    DATED:  April 27 , 2010.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE